# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JOHN H. HENDRIX,**
**Plaintiff,**

      vs.                                                Case Number:    **09-2027**

**BLAGER CONCRETE CO., and MCLEAN**
**COUNTY READY MIX CO.,**
**Defendants.**

☐ **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.  The case is terminated.

                                ENTER this 27th day of May 2010.

                                s/Pamela E. Robinson, Clerk
                                PAMELA E. ROBINSON, CLERK

                                  s/K. Wynn
                                BY: DEPUTY CLERK